UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY YIELDING, et al., | No. 2:25-cv-02643-TLN-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    The three plaintiffs in this action are proceeding without counsel.  Each of the plaintiffs has filed an in forma pauperis affidavit in which he declares he is unable to pay the filing costs of this action. (ECF Nos. 2, 3 & 4.)

    Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $55.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

    Plaintiff Wesley Yielding states in his affidavit that his monthly earnings are approximately $4,800.00, with two dependents. (ECF No. 3.)  Plaintiff Charles Padilla states that his monthly earnings are approximately $3,000.00, with two dependents. (ECF No. 2.)  Plaintiff Louie Smith states that his monthly earnings are $1,100.00 per month, with one dependent.  (ECF

1

No. 4.) Between them, plaintiffs declare earnings of nearly $9,000.00 per month and do not list any debts or particular financial hardships. Thus, plaintiffs have made an inadequate showing of indigence. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Padilla's motion to proceed in forma pauperis (ECF No. 2) is denied;
2. Plaintiff Yielding's motion to proceed in forma pauperis (ECF No. 3) is denied;
3. Plaintiff Smith's motion to proceed in forma pauperis (ECF No. 4) is denied; and
4. Plaintiffs are granted fourteen days in which to submit the appropriate fees to the Clerk of the Court. Plaintiffs are cautioned that failure to pay the filing and general administrative fees in the amount of $405 will result in a recommendation that the instant action be dismissed without prejudice.

Dated: September 19, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / yiel2643.ifp.den