UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY YIELDING, et al., | No.  2:25-cv-02643-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This action was dismissed without prejudice on December 10, 2025.  (ECF No. 23.) Before the Court is Plaintiffs' December 16, 2025 motion to alter or amend the judgment.  (ECF No. 27.)  Plaintiffs have also filed a motion for expedited judicial review of their motion to amend the judgment.  (ECF No. 28.)

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  *See School Dist. No. 1J, Multnomah Cnty. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  *Id.* at 1263.

Here, Plaintiffs have not shown that reconsideration of the judgment is warranted.  The Court's decision to dismiss this action without prejudice was not clearly erroneous nor manifestly unjust, and none of the other factors apply.  Plaintiffs' motion lacks merit and will be denied. Moreover, as the district court has addressed Plaintiffs' motion to alter or amend the judgment,

1

Plaintiffs' motion to expedite review of their post-judgment motion is moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to alter or amend the judgment (ECF No. 27) is denied; and

2. Plaintiffs' motion for expedited judicial review of the motion to alter or amend the judgment (ECF No. 28) is denied as moot.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE